1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  HUMBERTO LEPE CERVANTES

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    NO. CR-S-11-369 JAM
                                       )
12            Plaintiff,               )
                                       )    **STIPULATION AND ORDER TO CONTINUE**
13       v.                            )    **STATUS CONFERENCE AND TO EXCLUDE**
                                       )    **TIME**
14                                     )
    HUMBERTO LEPE CERVANTES,           )    Date:   April 10, 2012
15                                     )    Time:   9:30 a.m.
              Defendant.               )    Judge:  John A. Mendez
16  _____   )

17        It is hereby stipulated and agreed to by and between the United States of America, through Samuel

18  Wong, Assistant U.S. Attorney, and defendant, HUMBERTO LEPE CERVANTES, by and through his

19  counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference /possible change of plea

20  hearing date of Tuesday, March 6, 2012, be continued to Tuesday, April 10, 2012, at 9:30 a.m.

21        The reason for this continuance is because negotiations between the parties are still ongoing, and

22  defense counsel needs additional time to discuss with the client defenses to possible new charges  and

23  ramifications of any guilty pleas pursuant to any tendered plea agreement.  This task is made more difficult

24  because CERVANTES is a Spanish language speaker and an interpreter is needed to aid in any attorney-client

25  communications.

26        It is further stipulated that the Court should exclude from computation of time within which the trial

27  of this case must be commenced under the Speedy Trial Act  time from the date of this stipulation, March 2,

28  2012, through and including April 10, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable

1   time to prepare] and Local Code T4.  The parties further stipulate and agree that the Court should find that the

2   ends of justice to be served in granting the continuance and allowing the defendant further time to prepare

3   outweigh the best interest of the public and the defendant to a speedy trial.

4   Dated: March 2, 2012                                    Respectfully submitted,

5                                                           DANIEL J. BRODERICK
                                                            Federal Defender

6
                                                            /s/ Matthew C. Bockmon
7                                                           MATTHEW C. BOCKMON
                                                            Assistant Federal Defender
8                                                           Attorney for Defendant
                                                            HUMBERTO LEPE CERVANTES
9
    Dated: March 2, 2012                                    BENJAMIN B. WAGNER
10                                                          United States Attorney

11                                                          /s/ Matthew C. Bockmon for
                                                            SAMUEL WONG
12                                                          Assistant U.S. Attorney
                                                            Attorney for Plaintiff
13

14                                      **O R D E R**

15          Based on the reasons set forth in the stipulation of the parties filed on March 2, 2012, and good cause

16  appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED

17  that the status conference / possible change of plea hearing date of Tuesday, March 6, 2012, be vacated and

18  that the case be set for **Tuesday, April 10, 2012, at 9:30 a.m.**  The Court finds that the ends of justice to be

19  served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

20  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 2, 2012, stipulation,

21  the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded

22  during the time period of March 2, 2012, through and including April 10, 2012, pursuant to 18 U.S.C.

23  §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable

24  time to prepare taking into account due diligence.

25  Dated: March 2, 2012

                                                            /s/ John A. Mendez
26                                                          JOHN A. MENDEZ
                                                            United States District Court Judge
27

28                                          2