DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HUMBERTO LEPE CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>  )<br>HUMBERTO LEPE CERVANTES,  )<br>  )<br>        Defendant.  )<br>_____  ) | NO. CR-S-11-369 JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME**<br><br>Date:  May 8, 2012<br>Time:  9:30 a.m.<br>Judge: John A. Mendez |

    It is hereby stipulated and agreed to by and between the United States of America, through Samuel Wong, Assistant U.S. Attorney, and defendant, HUMBERTO LEPE CERVANTES, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference /possible change of plea hearing date of Tuesday, April 10, 2012, be continued to Tuesday, May 8, 2012 at 9:30 a.m.

    The reason for this continuance is because negotiations between the parties are still ongoing, and defense counsel needs additional time to discuss with the client defenses to possible new charges and ramifications of any guilty pleas pursuant to any tendered plea agreement. This task is made more difficult because CERVANTES is a Spanish language speaker and an interpreter is needed to aid in any attorney-client communications.

    It is further stipulated that the Court should exclude from computation of time within which the trial of this case must be commenced under the Speedy Trial Act time from the date of this stipulation, April 10, 2012, through and including May 8, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time

to prepare] and Local Code T4.  The parties further stipulate and agree that the Court should find that the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare outweigh the best interest of the public and the defendant to a speedy trial.

Dated:  April 10, 2012                                             Respectfully submitted,

                                                                                    DANIEL J. BRODERICK
                                                                                    Federal Defender

                                                                                     /s/ Matthew C. Bockmon
                                                                                    MATTHEW C. BOCKMON
                                                                                    Assistant Federal Defender
                                                                                    Attorney for Defendant
                                                                                    HUMBERTO LEPE CERVANTES

Dated:  April  10, 2012                                            BENJAMIN B. WAGNER
                                                                                    United States Attorney

                                                                                     /s/ Matthew C. Bockmon for
                                                                                    SAMUEL WONG
                                                                                    Assistant U.S. Attorney
                                                                                    Attorney for Plaintiff

# O R D E R

Based on the reasons set forth in the stipulation of the parties filed on April 10, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety.  IT IS HEREBY ORDERED that the status conference /possible change of plea hearing date of Tuesday, April 10, 2012 be vacated, and that the case be set for **Tuesday, May 8, 2012 at 9:30 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 10, 2012 stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of April 10, 2012 through and including May 8, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated: April 10,  2012

                                                                                    /s/ John A. Mendez
                                                                                    JOHN A. MENDEZ
                                                                                    United States District Court Judge