```
BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-369 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| HUMBERTO LEPE CERVANTES, | Court:  Hon. John A. Mendez |
| Defendant. | |

It is hereby stipulated and agreed to by the parties, through their undersigned counsel, that:

1.   The presently set January 22, 2013, status conference shall be continued to March 5, 2013, at 9:45 a.m.

2.   The time period from the date of this stipulation, January 18, 2013, to and including, the new status conference hearing of March 5, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to defense preparation.

3.   The parties jointly request this continuance to:  (1)

1

allow defendant and his attorney to receive a previously Court-ordered pre-plea presentence report so that defendant can intelligently decide his course of action in this case, to wit: pretrial settlement or trial; (2) allow defense counsel time to conduct legal research on the sentencing factors recommended in the pre-plea presentence report as applicable to defendant; (3) consider possible defenses and mitigating factors to provide the Probation Office and the Court; (4) allow defense counsel time to advise defendant regarding the ramifications of an anticipated plea resolution of this case.

The parties further stipulate and agree that the Court shall find that:  (1) the failure to grant a continuance in this case would deny defendant and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (2) the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: January 18, 2013         Respectfully submitted,

                                /s/ Dina Santos
                                DINA SANTOS
                                Attorney for Defendant
                                HUMBERTO LEPE CERVANTES
                                (per telephone authorization)

                                BENJAMIN B. WAGNER
                                United States Attorney

                            By: /s/ Samuel Wong
                                SAMUEL WONG
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**ORDER**

Based on the representations and stipulations of the parties, and good cause appearing therefrom, the Court orders that the presently set January 22, 2013, status conference shall be continued to March 5, 2013, at 9:45 a.m.  The Court orders that time from the date of the parties' stipulation, January 18, 2013, to, and including the new status conference on March 5, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to reasonable time necessary for preparation of defense counsel.

The Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is so ordered.

Dated: 1/18/2013                    /s/ John A. Mendez
                                    U. S. District Court Judge