DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
HUMBERTO LEPE CERVANTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                  )<br>              Plaintiff,          )<br>                                  )<br>     v.                           )<br>                                  )<br>HUMBERTO LEPE CERVANTES,          )<br>              Defendant.          )<br>_____ )<br>                                  ) | No. CR-S 11-369 JAM<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date   April 23, 2013<br>Time:  9:45 a.m.<br>Judge: Hon. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Samuel Wong, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Humberto Lepe Cervantes, that the status conference scheduled for March 5, 2013, be vacated and the matter be continued to this Court's criminal calendar on April 23, 2013 at 9:45 a.m. for further status and possible change of plea.

This continuance is requested by the defense in order to permit counsel to continue in negotiations with the prosecution in attempt to reach a resolution. We have recently received a pre-plea report from probation.  Mr. Lepe Cervantes is housed in Butte County.  Counsel for Mr. Lepe Cervantes needs to meet with him, along with a certified

interpreter to review the findings of the pre-plea report and to discuss the next course of action in preparation for trial or for a change of plea.

The parties further stipulate and agree that the Court shall find that: (1) the failure to grant a continuance in this case would deny defendant and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence; (2) the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial; and (3) the time period from the date of this stipulation, March 4, 2013, to and including, the new status conference hearing of April 23, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to defense preparation.

**IT IS SO STIPULATED.**

Dated: March 4, 2013            /S/ Dina L. Santos
                                DINA L. SANTOS
                                Attorney for
                                Humberto Lepe Cervantes


                                BENJAMIN B. WAGNER
                                United States Attorney

Dated: March 4, 2013       By:  /S/ Samuel Wong
                                SAMUEL WONG
                                Assistant United States Attorney
                                Attorney for Plaintiff

**O R D E R**

Based on the representations and stipulations of the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties as its order in its entirety.

The Court hereby orders that the presently set March 5, 2013, status conference shall be continued to April 23, 2013, at 9:45 a.m. The Court orders that time from the date of the parties' stipulation, March 4, 2013, to, and including the new status conference on April 23, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to reasonable time necessary for preparation of defense counsel.

The Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is so ordered.

Dated: March 4, 2013          /s/ John A. Mendez
                              JOHN A. MENDEZ
                              United States District Court Judge

Stipulation and Order                     3