```
DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
HUMBERTO LEPE CERVANTES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HUMBERTO LEPE CERVANTES,<br>　　　　　Defendant.<br>_____ | No. CR-S 11-369 JAM<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date　June 4, 2013<br>Time:　9:45 a.m.<br>Judge: Hon. Mendez |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Samuel Wong, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Humberto Lepe Cervantes, that the status conference scheduled for April 23, 2013, be vacated and the matter be continued to this Court's criminal calendar on June 4, 2013, at 9:45 a.m. for further status and possible change of plea.

　　This continuance is requested by the defense in order to permit counsel to further discuss the pre-plea presentence report with her client and continue to engage in negotiations with the prosecution in attempt to reach a pretrial resolution. In addition, defense counsel needs more time to conduct further investigation to support her

client's defense and to meet with the client to prepare his defense in the event that the case is not resolved by plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the June 4, 2013, date, and that Mr. Wong has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: April 19, 2013          /S/ Dina L. Santos
                               DINA L. SANTOS
                               Attorney for
                               Humberto Lepe Cervantes

Dated: April 19, 2013          BENJAMIN B. WAGNER
                               United States Attorney

                           By: /S/ Samuel Wong
                               SAMUEL WONG
                               Assistant United States Attorney
                               Attorney for Plaintiff

**O R D E R**

Based on the representations and stipulations of the parties, and good cause appearing therefrom, the Court orders that the presently set April 23, 2013, status conference shall be continued to June 4, 2013, at 9:45 a.m.  The Court orders that time from the date of the parties' stipulation, April 19, 2013, to, and including the new status conference on June 4, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to reasonable time necessary for preparation of defense counsel.

The Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

By the Court,

Dated: April 19, 2013          /s/ John A. Mendez
                               Hon. John A. Mendez
                               United States District Court Judge