```
DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160


Attorney for Defendant
HUMBERTO LEPE CERVANTES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S 11-369 JAM |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| HUMBERTO LEPE CERVANTES, ) | |
| Defendant. ) | |
| ) | Date   July 9, 2013 |
| _____ ) | Time:  9:45 a.m. |
| ) | Judge: Hon. Mendez |

   **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Samuel Wong, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant Humberto Lepe Cervantes, that the status conference scheduled for June 4, 2013, be vacated and the matter be continued to this Court's criminal calendar on July 9, 2013, at 9:45 a.m. for further status and possible change of plea.

   This continuance is requested by the defense in order to allow the Government to provide additional discovery that has been requested by the Defense.  An offer has been conveyed by the Government and the defense counsel needs time to review and convey the current offer to her client, and explain the ramifications of proceeding to trial versus

1  accepting the plea offer to her client.  Both parties anticipate that
2  the case will either resolve at the next court date or that the case
3  will be set for jury trial.
4      **IT IS FURTHER STIPULATED** that:  (1) the time period within which
5  the trial of this matter must be commence under the Speedy Trial Act,
6  18 U.S.C. § 3161 *et. seq.* be excluded from the date of this
7  stipulation, June 3, 2013, to and including the new status conference
8  date, July 9, 2013, pursuant to § 3161(h)(7)(A) & (B)(iv), and Local
9  code T-4 (reasonable time for defense counsel to prepare); and (2) the
10 Court shall find that the ends of justice served in granting the
11 continuance and allowing the defendant further time to prepare outweigh
12 the best interests of the public and the defendant in a speedy trial.
13     The Court is advised that all counsel have conferred about this
14 request, that they have agreed to the July 9, 2013, date, and that Mr.
15 Wong has authorized Ms. Santos to sign this stipulation on his behalf.
16     **IT IS SO STIPULATED.**

18 Dated: June 3, 2013           /S/ Dina L. Santos
                                 DINA L. SANTOS
19                               Attorney for
                                 Humberto Lepe Cervantes

21 Dated: June 3, 2013           BENJAMIN B. WAGNER
                                 United States Attorney

23                          By:  /S/ Samuel Wong
                                 SAMUEL WONG
24                               Assistant United States Attorney
                                 Attorney for Plaintiff

**O R D E R**

Based on the representations and stipulations of the parties, and good cause appearing therefrom, the Court orders that the presently set June 4, 2013, status conference shall be continued to July 9, 2013, at 9:45 a.m.  The Court orders that time from the date of the parties' stipulation, June 3, 2013, to, and including the new status conference on July 9, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to reasonable time necessary for preparation of defense counsel.

The Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

By the Court,

Dated: June 3, 2013                /s/ John A. Mendez
                                   Hon. John A. Mendez
                                   United States District Court Judge