1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                EASTERN DISTRICT OF CALIFORNIA

10                                )
11 UNITED STATES OF AMERICA,      )   NO. 2:11-CR-369 JAM
                                  )
12              Plaintiff,        )   STIPULATION AND ORDER CONTINUING
                                  )   STATUS CONFERENCE DATE AND
13      v.                        )   EXCLUDING TIME UNDER SPEEDY TRIAL
                                  )   ACT
14 HUMBERTO LEPE CERVANTES,       )
                                  )   Court:  Hon. John A. Mendez
15              Defendant.        )
                                  )
16 _____  )
                                  )
17

18      It is hereby stipulated and agreed to by the parties,

19 through their undersigned counsel, that:

20      1.    The presently set July 9, 2013, status conference shall

21 be continued to August 27, 2013, at 9:45 a.m.

22      2.    The time period from the date of this stipulation, July

23 5, 2013, to and including, the new status conference hearing of

24 August 27, 2013, shall be excluded from computation of time

25 within which the trial of this case must be commenced under the

26 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and

27 Local Code T4 pertaining to defense preparation.

28      3.    The parties jointly request this continuance to allow

                            1

1  the United States time to respond to defendant's discovery

2  request for photographs of the clothing and other gear worn by

3  the officer who arrested defendant on August 2, 2011.  Compliance

4  with defendant's request is made more difficult due to the time

5  that has elapsed from the date of the arrest and defendant's

6  request, and the fact that the arresting officer previously

7  transferred his uniform and gear when he was re-assigned from the

8  unit that handles the investigation of outdoor marijuana gardens.

9  Nevertheless, the United States and the arresting officer are

10 making progress in gathering up the uniform and gear or very

11 similar uniform gear worn by the arresting officer at the time he

12 arrested defendant.

13      Once defense counsel receives this additional new discovery,

14 defense counsel desires additional time to consider and research

15 how that additional discovery impacts the preparation of the

16 defense case.  Defense counsel also desires additional time to

17 advise defendant regarding the ramifications of the new discovery

18 to be provided by the United States and discuss with defendant

19 whether he desires to resolve this case before trial.

20      The parties further stipulate and agree that the Court shall

21 find that:  (1) the failure to grant a continuance in this case

22 would deny respective counsel for each party reasonable time

23 necessary for effective preparation, taking into account the

24 ///

25 ///

26 ///

27

28

1  exercise of due diligence; and (2) the ends of justice to be

2  served by granting the requested continuance outweigh the best

3  interests of the public and the defendant in a speedy trial.

4       IT IS SO STIPULATED.

5  Dated:  July 5, 2013          Respectfully submitted,

6

7                               /s/ Dina Santos
                                DINA SANTOS
                                Attorney for Defendant
8                               HUMBERTO LEPE CERVANTES
                                (per email authorization)
9

10                              BENJAMIN B. WAGNER
                                United States Attorney
11

12                          By: /s/ Samuel Wong
                                SAMUEL WONG
                                Assistant U.S. Attorney
13                              Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**


Based on the representations and stipulations of the parties, and good cause appearing therefrom, the Court orders that the presently set July 9, 2013, status conference shall be continued to August 27 2013, at 9:45 a.m.   The Court orders that time from the date of the parties' stipulation, July 5, 2013, to, and including the new status conference on August 27 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T4 pertaining to reasonable time necessary for preparation of respective counsel for each party.

The Court finds that the failure to grant a continuance in this case would deny respective counsel for each party reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

It is so ordered.


Dated: 7/8/2013                    /s/ John A. Mendez
                                   JOHN A. MENDEZ
                                   United States District Court Judge

4