BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HUMBERTO LEPE CERVANTES,<br><br>　　　　　Defendant. | CASE NO. 2:11-CR-369 JAM<br><br>STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND SETTING BRIEFING SCHEDULE |

It is hereby stipulated and agreed by and between the United States, on the one hand, and defendant Humberto Lepe Cervantes, on the other hand, through their respective counsel, subject to the approval of the Court, that:

　　1.　　The sentencing hearing set for June 17, 2014, shall be continued to August 5, 2014, at 9:30 a.m.

　　2.　　Any formal objections to the Presentence Report ("PSR") and motions to correct the PSR shall be filed by July 6, 2014.

///

///

///

Stipulation and Order

1

3. Any response/opposition to the opposing party's formal objections to the PSR and motions to correct the PSR shall be filed by July 27, 2014.

Dated: June 26, 2014                    Respectfully submitted,

/s/ Dina Santos
_____
DINA SANTOS
Attorney for Defendant
HUMBERTOR LEPE CERVANES

Dated: June 26, 2014                    BENJAMIN B. WAGNER
United States Attorney

By:     /s/ Samuel Wong
_____
SAMUEL WONG
Assistant U.S. Attorney

_____

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is ORDERED that:

1. The sentencing hearing set for June 17, 2014, shall be continued to August 5, 2014, at 9:30 a.m.

2. Any formal objections to the Presentence Report ("PSR") and motions to correct the PSR shall be filed by July 6, 2014.

3. Any response/opposition to the opposing party's formal objections to the PSR and motions to correct the PSR shall be filed by July 27, 2014.

Dated: June 27, 2014                    /s/ John A. Mendez_____

JOHN A. MENDEZ
United States District Court Judge