Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone:  (916) 447-0160
Facsimile:  (916) 447-2988

Attorneys for:
Humberto Lepe Cervantes

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>HUMBERTO LEPE CERVANTES,<br>        Defendant. | CASE NO.  11-0369 JAM<br><br>STIPULATION AND ORDER RESETTING J&S TO SEPTEMBER 23, 2014 |

**STIPULATION**

1. It is hereby stipulated by and between Assistant United States Attorney SAMUEL WONG, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant HUMBERTO LEPE CERVANTES, that the current date scheduled for August 8, 2014, be vacated and the matter be continued to this Court's criminal calendar on September 23, 2014, at 9:30 a.m. for judgment and sentencing.  Counsel for the Defendant is unavailable on August 8, 2014.

IT IS SO STIPULATED.

Dated:  August 1, 2014           BENJAMIN B. WAGNER
                      United States Attorney


                       /s/ Samuel Wong
                      SAMUEL WONG
                      Assistant United States Attorney

Stip. & [Proposed] Order Continuing J&S     1

Dated: August 1, 2014                    /s/   Dina L. Santos
                                         DINA SANTOS, ESQ.
                                         Attorney for Humberto Lepe Cervantez

**ORDER**

IT IS SO FOUND AND ORDERED this 1ST day of August, 2014


                                         /s/ John A. Mendez

                                         HON. JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE