BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>HUMBERTO LEPE CERVANTES,<br><br>                    Defendant. | CASE NO. 2:11-CR-369 JAM<br><br>STIPULATION AND ORDER SETTING SENTENCING EVIDENTIARY HEARING AND SETTING BRIEFING SCHEDULE |

It is hereby stipulated and agreed by and between the United States, on the one hand, and defendant Humberto Lepe Cervantes, on the other hand, through their respective counsel, subject to the approval of the Court, that:

1.   The sentencing evidentiary hearing shall be continued to December 9, 2014, at 1:30 p.m.

2.   The United States' response to defendant's formal objections to the Presentence Report ("PSR") and request for an evidentiary hearing shall be filed by November 4, 2014.

///

///

///

Stipulation and Order                                       1

3. Cervantes' reply, if any, shall be filed by November 25, 2014.

Dated: October 12, 2014          Respectfully submitted,

/s/ Dina Santos
_____
DINA SANTOS
Attorney for Defendant
HUMBERTOR LEPE CERVANES
(per telephone authorization)


Dated: October 12, 2014          BENJAMIN B. WAGNER
                                 United States Attorney

                          By:    /s/ Samuel Wong
                                 _____
                                 SAMUEL WONG
                                 Assistant U.S. Attorney
_____

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is so ORDERED.

Dated: October 14, 2014

/s/ John A. Mendez
John A. Mendez
United States District Court Judge