Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile:  (916) 447-2988

Attorneys for:
Humberto Lepe Cervantes

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>    v.<br><br>HUMBERTO LEPE CERVANTES,<br>                   Defendant. | CASE NO.  11-0369 JAM<br><br>STIPULATION AND ORDER RESETTING EVIDENTIARY HEARING AND J&S TO FEBRUARY 10, 2015 |

**STIPULATION**

1. It is hereby stipulated by and between Assistant United States Attorney SAMUEL WONG, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant HUMBERTO LEPE CERVANTES, that the current date scheduled for December 9, 2014, be vacated and the matter be continued to this Court's criminal calendar on February 10, 2015, at 1:30 p.m. for evidentiary hearing and Judgment and Sentencing so that the Defense may gather additional evidence needed for the hearing.

IT IS SO STIPULATED.

Dated: December 4, 2014　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Samuel Wong
　　　　　　　　　　　　　　　　　　　　　　　　SAMUEL WONG
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Stip. & [Proposed] Order Continuing J&S　　　　　　1

Dated: December 4, 2014        /s/   Dina L. Santos
                               DINA SANTOS, ESQ.
                               Attorney for Humberto Lepe Cervantez

**ORDER**

IT IS SO FOUND AND ORDERED this 4th day of December, 2014

/s/ John A. Mendez

HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Stip. & [Proposed] Order Continuing J&S          2