1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2772

5  Attorneys for Plaintiff
   United States of America

6

7              IN THE UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          CASE NO. 2:11-CR-369 JAM

11              Plaintiff,            STIPULATION AND ORDER
                                      SETTING SENTENCING
12      v.                            EVIDENTIARY HEARING AND
                                      SETTING BRIEFING SCHEDULE
13 HUMBERTO LEPE CERVANTES,

14              Defendant.

15

16      It is hereby stipulated and agreed by and between the United States, on the one hand, and

17 defendant Humberto Lepe Cervantes, on the other hand, through their respective counsel, subject

18 to the approval of the Court, that the presently set March 10, 2015, sentencing evidentiary

19 hearing shall be continued to May 26, 2015, at 1:30 p.m., to accommodate:

20          (1) the United States' case agent, whose participation at the hearing to assist the

21      prosecutor is needed, but who is unable to attend due to the illness of a close family

22      member; and

23 ///

24 ///

25 ///

26

27

28

Stipulation and Order                    1

(2) the schedules of the United States' other witnesses and the prosecutor, together with defense counsel's schedule, once the March 10, 2015, sentencing evidentiary hearing date is changed.

Dated:  March 6, 2015

Respectfully submitted,

/s/ Dina Santos

_____
DINA SANTOS
Attorney for Defendant
HUMBERTOR LEPE CERVANES
(per email authorization)

Dated:  March 6, 2015

BENJAMIN B. WAGNER
United States Attorney

By:     /s/ Samuel Wong

_____
SAMUEL WONG
Assistant U.S. Attorney

_____

**ORDER**


The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.   The Court orders that the presently set March 10, 2015, sentencing evidentiary hearing shall be continued to May 26, 2015, at 1:30 p.m.,

It is so ORDERED.

Dated:  March 9, 2015

/s/ John A. Mendez_____

JOHN A. MENDEZ
United States District Court Judge


_____